FILED'06 APR 04 11:01USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LISA KLEINSCHMIT,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br><br>Defendant | Civil No. 05-906-AA<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,690.00 will be awarded to Plaintiff's attorney, Richard McGinty pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 with no further fees, expenses, or costs.

DATED this 3 day of April 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Joanne E. Dantonio
JOANNE E. DANTONIO
Special Assistant United States Attorney
(206) 615-2730
of Attorneys for Defendant

Page 1    ORDER - [05-906-AA]